FILED-USBC, FLS-MIA
'24 JUL 23 PM3:36

United States Bankruptcy Court Southern District of Florida

Debtor: Sherman Williams

Case Number 24-17367-CLC

July 23, 2024

Here comes, Debtor Sherman Williams,
I'm requesting from the court to file a motion to compel turnover of my vehicle from Exeter Finance LLC.

Exeter Finance LLC has possession of my vehicle and I need my vehicle to repay my court costs and fees to the bankruptcy court trustee. I will submit my repayment plan to the court.

My vehicle is a work vehicle that generates income needed to pay my car insurance and future payments to the Trustee on my case. This vehicle is a part of my bankruptcy estate for my case.

WHEREFORE, the debtor respectfully requests that the Court enter an Order for Motion to Compel Turnover with such other and further relief as the Court deems just and proper.

### Certificate of Service

I HEREBY CERTIFY that a true and copy of the foregoing was furnished via email and/or by U.S. Mail to Chapter 13 Trustee Nancy K. Neidich and Counsel and Customer Service Staff in the Bankruptcy Department for Exeter Finance LLC

Signed by Sherman T. Williams

Date: July 23, 2024

*[Signature]*

07-23, 2024